IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC THOMAS CORPORATION,<br><br>Debtor<br><br>———————————————<br><br>KYLE EVERETT, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL WHITNEY, et al.,<br><br>Defendants. | Case No. 19-cv-03385-MMC<br><br>Bankruptcy Court No. 14-54332 MEH<br>Adv. No. 14-05114<br><br>**ORDER DENYING REQUEST FOR ENLARGEMENT OF TIME TO FILE AMENDED OPENING BRIEF; DIRECTING APPELLANT TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO FILE OPENING BRIEF** |

On May 28, 2019, the Bankruptcy Court entered a "Judgment Following Remand" in the above-titled adversary proceeding. On June 11, 2019, appellant Randall Whitney filed a notice of appeal from said judgment, thereby instituting the above-titled action. Appellant's opening brief was due initially on August 19, 2019. (See Doc. Nos. 2, 4.) Shortly before said deadline, appellant filed an Administrative Request for an order extending the deadline to October 17, 2019, which Administrative Request the Court granted. Thereafter, appellant filed, between October 10, 2019, and June 19, 2020, nine additional Administrative Requests, each seeking a further extension of time, and each of which the Court granted. On July 20, 2020, appellant filed his eleventh request for an extension of time. In granting in part said eleventh request for an extension, the Court

extended the deadline to August 3, 2020, rather than the requested date of August 19, 2020, stating:

> As the instant appeal was filed over a year ago, the Court finds appellant has had sufficient time to determine which exhibits to cite and arguments to make in an opening brief.  The Court nonetheless finds it appropriate to afford appellant one further extension, to afford appellant the opportunity to file his opening brief concurrently with the opening brief to be filed [on August 3, 2020] in [a] related matter.  Given the large number of prior extensions, however, no further extension will be granted,

(See Order, filed July 24, 2020, at 2:8.)

On August 3, 2020, appellant filed an "Administrative Request and Declaration of Good Cause for Enlargement of Time to File an Amended Opening Brief."  In said filing, appellant states he "will be filing an Appellant's Opening Brief by today," i.e., August 3, 2020, and seeks leave to file an "amended" opening brief by August 17, 2020.  As of the end of the day on August 3, 2020, however, appellant had not filed his opening brief, nor has he done so as of today's date.

As appellant has not filed his opening brief, appellant's Administrative Request for leave to amend his opening brief is hereby DENIED as moot.

In addition, as appellant has failed to file his opening brief, even though he has been afforded numerous extensions of time to do so, appellant is hereby ORDERED TO SHOW CAUSE, in writing and no later than August 21, 2020, why the instant bankruptcy appeal should not be dismissed for failure to file an opening brief.  See Fed. R. Bankr. Proc. 8018(a)(4) (providing, where "appellant fails to file a brief on time or within an extended time authorized by the district court, . . . the district court . . ., after notice, may dismiss the appeal on its own motion").

**IT IS SO ORDERED.**

Dated: August 5, 2020

MAXINE M. CHESNEY
United States District Judge