IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC THOMAS CORPORATION,<br><br>Debtor<br><br>―――――――――――――<br>KYLE EVERETT, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL WHITNEY, et al.,<br><br>Defendants. | Case No. 19-cv-03385-MMC<br><br>Bankruptcy Court No. 14-54332 MEH<br>Adv. No. 14-05114<br><br>**ORDER DIRECTING APPELLANT TO FILE OPENING BRIEF BY AUGUST 31, 2020** |

On August 5, 2020, the Court directed appellant Randall Whitney ("Whitney") to show cause why the above-titled bankruptcy appeal should not be dismissed due to his failure to file an opening brief after having been afforded numerous extensions to do so.

The Court is now in receipt of Whitney's response to the order to show cause, in which response he states an "essential" exhibit was not made part of the record on appeal until August 6, 2020 (see Appellant's Response at 5:6, 7:1), and seeks an order directing him to "complete the opening brief by August 31, 2020 (see id. at 10:24-26).[1]

---

[1] To the extent Whitney seeks leave to file a "motion to augment record on appeal" (see id. at 13:8-10), which motion is attached as Exhibit C to his response to the order to show cause, the request is DENIED, as Whitney has not submitted with said motion any document(s) with which he seeks to augment the record or identified any such document on the schedule attached to the motion (see id. Ex. C, Ex. 1).

1    Good cause having been shown, Whitney is hereby DIRECTED to file his opening
2 brief no later than August 31, 2020.
3    **IT IS SO ORDERED.**
4
5 Dated: August 25, 2020

MAXINE M. CHESNEY
United States District Judge